```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,       :

        - v -                   :      ORDER
                                       20-cr-574 (NSR)-03
ELIJAH MCNAIR,                  :

              Defendant.        :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2022

NELSON S. ROMAN, U.S.D.J.:

WHEREAS ELIJAH MCNAIR has indicated his intent to waive indictment and enter a guilty plea to a lesser-included offense to the offense charged in the indictment in this matter;

WHEREAS the ongoing COVID-19 pandemic necessitates that the change-of-plea hearing in this case take place remotely;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS that, for the reasons set forth in the parties' joint application dated January 14, 2022, the

change-of-plea hearing in this case cannot be further delayed without serious harm to the interests of justice.


Dated:   White Plains, New York
         January 16, 2022

SO ORDERED:

_____
HONORABLE NELSON S. ROMAN
United States District Judge
Southern District of New York