

# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi
**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2022

January 24, 2022

**VIA ECF**
Honorable Nelson Stephen Roman
United States Courthouse, Southern District
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Elijah McNair**
      **Docket No.: 20-Cr-00574 (NSR)**

Dear Judge Roman:

I represent Ms. Elijah McNair as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I respectfully request that the Court permit defense counsel to file interim vouchers.

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

DLC/mw

**MEMO ENDORSED**

Defendant's request to file interim vouchers is granted. The Clerk of Court is kindly directed to terminate the motion at ECF No. 85.

Dated: January 25, 2022
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge