UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

USA

       - against -

ELIJAH McNAIR,

                           Defendant.

-------------------------------------------------------

20 Cr. 00574-03 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated January 19, 2022, is approved and accepted.

                                                SO ORDERED.

                                                _____
                                                Hon. Nelson S. Román,
                                                United States District Judge

Dated: White Plains, NY
           February 25, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2022